EXHIBIT I



COR0018





COR0020



COR0021